USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GRECCO PRODUCTIONS, INC.,

                Plaintiff,

        -v-

CREATD, INC.,

                Defendant.

**ORDER**

25-CV-7594 (RA)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated December 23, 2025, this case was referred to the undersigned for settlement. ECF No. 22.

A conference is scheduled on **January 8, 2026,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 977 519 881#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: December 29, 2025
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge